# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132025-6

PRISCILLA SCHWARZE, as Conservator of CARL
SCHWARZE and PRISCILLA SCHWARZE,
Individually,
        Plaintiff-Appellee,
and

THOMAS SCHWARZE, as Personal Representative
of the ESTATE OF THOMAS SCHWARZE,
        Intervening Plaintiff,
v

MARY DILWORTH and AUTO-OWNERS
INSURANCE COMPANY,
        Defendants-Appellants,
and

DAVID MICHAEL FOWLER and HUGH
EDWARD DILWORTH,
        Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132025-6
COA: 257467, 257511
Wayne CC: 01-134972-CK

On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

t0830